```
               IN THE UNITED STATES DISTRICT COURT
             FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                         WESTERN DIVISION
```

ESTELLA JOHNSON                                              PLAINTIFF

VERSUS                          CIVIL ACTION NO. 5:05cv115-DCB-JCS

ALLSTATE INSURANCE COMPANY;
ALLSTATE INDEMNITY COMPANY;
AND ALLSTATE CORPORATION                                    DEFENDANTS

## ORDER OF REMAND

This cause having come before the Court on the plaintiff's Motion to Remand [**docket entry no. 3**], and the Court having granted the motion in an order; accordingly,

IT IS HEREBY ORDERED that this action is **REMANDED** to the Circuit Court of Claiborne County, Mississippi.

SO ORDERED, this the 9th day of December, 2005.

                              S/DAVID BRAMLETTE
                              UNITED STATES DISTRICT JUDGE